FILED

MAR 3 1 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA    )
                            )
        v.                  )        Case No: 2:26mj105
                            )        Court Date: June 4, 2026
KYRIN A. PHILLIPS,          )
        Defendant.          )

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor – Violation Notice 9102931

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 14, 2026, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, KYRIN A. PHILLIPS, did willfully violate a defense property security regulation: Commander, Navy Region Mid-Atlantic Instruction 5820.2A, dated April 15, 2015, by transporting a firearm onboard a Mid-Atlantic installation without prior approval from the installation commander.

(In violation of Title 50, United States Code, Section 797 and Commander, Navy Region Mid-Atlantic Instruction 5820.2A, dated Apil 15, 2015.)

COUNT TWO
Misdemeanor – Violation Notice 9102930

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 14, 2026, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KYRIN A. PHILLIPS, did drive a motor vehicle upon a highway without a valid driver's license.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

Respectfully submitted,

Todd. W. Blanche
Deputy Attorney General


*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov


## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.


*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov


30 MARCH 2026
Date